IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA<br>Plaintiff<br>vs<br>**1) JUAN PAYANO-TEJADA**<br>2) RONALD JOSE MORLA-PIRRET<br>Defendant | CRIMINAL 11-0506CCC |

**ORDER**

Having considered the Report and Recommendation filed on March 15, 2012 (**docket entry 48**) on a Rule 11 proceeding of defendant Juan Payano-Tejada (1) held before U.S. Magistrate Judge Camille L. Vélez-Rivé on March 6, 2012, to which no opposition has been filed, the same is APPROVED. Accordingly, the plea of guilty of defendant is accepted. The Court FINDS that his plea was voluntary and intelligently entered with awareness of his rights and the consequences of pleading guilty and contains all elements of the offense charged in the indictment.

This case was referred to the U.S. Probation Office for preparation of a Presentence Investigation Report since March 6, 2012. The **sentencing hearing is set for June 5, 2012, at 4:15 PM**.

SO ORDERED.

At San Juan, Puerto Rico, on March 30, 2012.

S/CARMEN CONSUELO CEREZO
United States District Judge